# CHARLESTON.

BERRY *et als* v. BERRY.

Submitted January 30, 1912.    Decided November 4, 1913.

OBSTRUCTION OF WAY.

The decree below is affirmed on the principles enunciated in *Wooldridge* v. *Coughlin,* 46 W. Va. 345, *Boyd* v. *Woolwine,* 40 W. Va. 282, *Walton* v. *Knight,* 62 W. Va. 223, and *Hoffman* v. *Shoemaker,* 69 W. Va. 233.

Appeal from Circuit Court, Braxton County.

Bill by A. M. Berry and others against John P. Berry. Decree for complainants, and defendant appeals.

*Affirmed.*

*Morrison & Rider,* for appellant.

*Hines & Kelley,* for appellees.

MILLER, JUDGE:

The decree appealed from perpetually enjoined defendant from obstructing a road or way, claimed as a way by prescription or of necessity, or both, from plaintiffs' land through the lands of defendant to the public road, which road or way the evidence shows had been in use for more than twenty years, and was the only way by which plaintiffs and their ancestors and predecessors in title had for getting to the public road.

We see nothing in the facts proven to differentiate this case, so far as the legal principles applicable are concerned, from the cases referred to in the one point of the syllabus, and we think the principles of those cases rule this one, and that the decree appealed from should be affirmed, and such will be the decree and mandate of this court.

*Affirmed.*